**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KRISTINE LEGASPI,<br><br>        Plaintiff,<br><br>   v.<br><br>SSC CARMICHAEL OPERATING COMPANY LP, et al.,<br><br>        Defendants. | Case No. 18-cv-01391-BLF<br><br>**ORDER RE PARTIES' ADMINISTRATIVE MOTIONS**<br><br>[Re: ECF 25, 26] |

Defendants have filed an administrative motion to stay their ADR and discovery obligations pending resolution of their "Motion to Dismiss Plaintiff's Complaint as to Defendant SavaSeniorCare, LLC and Motion to Compel Arbitration of Remaining Claims" (hereinafter "Motion to Dismiss/Compel Arbitration"), which is set for hearing on October 4, 2018.

Plaintiff has filed an opposition to Defendants' administrative motion and request for extension of her deadline to oppose Defendants' Motion to Dismiss/Compel Arbitration. Plaintiff wishes to conduct jurisdictional discovery regarding Defendant SavaSeniorCare, LLC, which seeks dismissal under Federal Rule of Civil Procedure 12(b)(2), and discovery regarding the arbitration provision asserted by Defendants. Plaintiff has served special interrogatories and document requests on Defendants, but their responses are due after Plaintiff's deadline to oppose Defendant's Motion to Dismiss/Compel Arbitration.

Both parties' requests are GRANTED IN PART. Defendants' motion to stay their ADR and discovery obligations is GRANTED, EXCEPT as to limited discovery related to arbitration issues. Defendants shall respond to Plaintiff's pending discovery requests to the extent they relate to arbitration. Defendants also shall produce a witness pursuant to Federal Rule of Civil

Procedure 30(b)(6) for a single deposition, not to exceed 2 hours, regarding Defendants' contention that Plaintiff's claims are subject to arbitration.

Plaintiff may submit a renewed request for jurisdictional discovery, setting forth a proposed discovery plan which specifies what discovery Plaintiff wishes to take and its relevance to Defendants' Motion to Dismiss/Compel Arbitration. That request shall be filed as an administrative motion, and any response to the motion shall be filed within 4 days.

The parties shall meet and confer regarding a revised briefing schedule for Defendants' Motion to Dismiss/Compel Arbitration. In no event shall the reply be filed less than 2 weeks prior to the October 4, 2018 hearing date.

**IT IS SO ORDERED.**

Dated: May 31, 2018

_____
BETH LABSON FREEMAN
United States District Judge